# EXHIBIT A

Dear Honorable Judge Estudillo,

First and foremost, I'd like to take this opportunity to say THIS WHOLE THING is NOT what it appears to be. The theatrical masks, and my optics, etc. The way the news portrayed the incident is in no way, shape, or form accurate. I was in the middle of moving from Federal Way, back to Enumclaw, where Im from. Might I also add that Im not a violent person. The Assault on my record was from observing, not participating. Anyway, Again, I want to take advantage of this opportunity to communicate a few things. When I said I was done in my last acceptance letter to Judge Leighton, I was not meaning to be dishonest. In fact I did NOT fail a single drug test from 2015, all the way to 2020 when I was released from supervision. I was actually doing Great! And disaster struck. I was essentially facing the deaths of Both of my parents at the same time in 2021. My fathers leukemia had him in intensive care at the UW cancer facility in Seattle. When in the midst of that, my mother called me from the Auburn Hospital, informing me shed gotten covid. My mom had been telling me the year and a half leading up to that

point, that due to her COPD (LUNG ISSUE), she'd die if she'd gotten covid. I wasn't able to visit either of them due to the pandemic, and I fell weak! And stupid, and selfish, and went for something that would numb that pain, meth. I CLEARLY see how foolish that choice was, and even more ironically enough, BOTH of my parents are still Alive. And yet, my foolish decision has spawned many others. I want to express, I was NOT looking for some lame excuse to use. I was clean from April of 2012, and for 9 years up to 2021. I got out of prison in 2015. In 2017, when I'd caught the only violation I recieved while on supervision, I feared for my life. There was a string of Armed robberies within a block radius of the business I'd opened in Tacoma, and I had a pistol for protection. I grasp that would suggest my drug use didn't have anything to do with my abiding by the law, and at that time, I humbly would agree, because its fact. Being a man of logic (which I very much so consider myself), I've tried to put my family above all else, and stupidly (on my part), my logic told me that I'd rather be in prison, than dead. Certainly thought it was the lesser of 2 evils, and I honestly believed that to be true until very recently

Id taken initiative, so I thought, and prepared for the worst. The whole time, following my logic of the situation = should world war 3 come out of the Ukraine joining the UN, and Russia, and Everything possible stemming from that. The common denominator (as far as I was concerned), I figured, - I have to protect my family (my children) - And again, I stupidly put the law 2nd to that logical stand point. I accept FULL Responsibility for that choice, and it goes so much further than that! Although I once thought that being incarcerated was an acceptable price to pay to guarantee my family's safety, I've had it drivin hard into my being how hardcore of a mistake that was! Because In Fact, My son was going through his first relation-ship breakup, his first love. Being incarcerated here, over the God forsaken idiotic, selfish, and plain DUMB logic Id convinced myself of, prevented me from my #1, my family. It was a time my son needed me. AND due to being Here, in this situation, I couldn't be there for him. I will live in Regret for as long as I live for the choices I made. The fact I think my intent wasn't ill, That doesn't bring him back, and Also Doesn't mean I didn't FAIL as a protecting father of my family, and

more so than any prison sentence (time) could possible affect that logic. I feel it necessary, and TRULY VALID to share with you. I still have my daughter out there, and point blank period, I truly do understand fully the error in my ways, and thinking. I personally believe the loss of ones child is the worst pain possible, Ever! For Anybody. And I DO blame myself! I blame my decisions, I blame my lack of respect for the law, in the radical absolute I put before it. And I will continue to feel that until my dying breath. And I will not continue to live in that level of stupidity. I am changed. Indeed, Broken Down! In the worst way possible. I am a broken man. I find it relevant to put that out there at this time. Im definitely not a narcissist, I accept the FULL gravity of Responsibility, and THEN SOME, and Im going to live with that, far longer than this sentence. I am Sorry

Sincerely,

Brady Eltz